UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALIKA-MBELE DUKE,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTOPHER ALAN MONTGOMERY, JOHN OLSON, STEVENS COUNTY, and STATE OF WASHINGTON,<br><br>                Defendants. | NO. 2:22-CV-0247-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Court's Order Denying Waiver of Filing Fee with Right to Renew Request. ECF No. 5. For the reasons discussed below, this action is dismissed without prejudice.

On October 24, 2022, Plaintiff Malika-Mbele Duke, proceeding *pro se*, filed what is construed as an incomprehensible civil complaint. ECF No. 1. On November 8, 2022, the Court sent Plaintiff an Order Denying Waiver of Filing Fee with Right to Renew Request, along with a blank In Forma Pauperis Form. ECF No. 5. The Order provided that:

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Plaintiff's request is **DENIED with the right to renew**. Within thirty (30) days of the date of this Order Plaintiff shall submit a properly completed Application to proceed *in forma pauperis* or pay the full filing fee.

ECF No. 5. No filing fee or in forma pauperis application has been filed.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of in forma pauperis status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees). Plaintiff never showed proof of proper service, either.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is **DISMISSED** without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis.

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** January 27, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2