AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 27, 2023

SEAN F. McAVOY, CLERK

MALIKA-MBELE DUKE,

*Plaintiff*

v.

CHRISTOPHER ALAN MONTGOMERY,
JOHN OLSON, STEVENS COUNTY and STATE
OF WASHINGTON,

*Defendant*

)
)
)
)
)
)

Civil Action No.   2:22-CV-0247-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   This action is DISMISSED without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   THOMAS O. RICE. _____

Date:   January 27, 2023 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Linda L. Hansen _____

*(By) Deputy Clerk*

Linda L. Hansen _____